1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ALBERT J. BORO, JR. (CA Bar # 126657)
2  albert.boro@pillsburylaw.com
   JOANNE H. KIM (CA Bar # 221525)
3  joanne.kim@pillsburylaw.com
   50 Fremont Street
4  San Francisco, CA  94105
   Telephone: (415) 983-1000
5  Facsimile: (415) 983-1200

6  Attorneys for Defendant
   SHARP ELECTRONICS CORPORATION

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  _____
                                           )
12  Dr. Steven Martel, on behalf of himself and )   No. C-06-7888 EDL
    all others similarly situated,            )
13                                          )   STIPULATION AND [PROPOSED]
                               Plaintiff,   )   ORDER EXTENDING TIME TO
14                                          )   RESPOND TO COMPLAINT
           v.                               )
15                                          )
    Sharp Corporation, et al.,               )
16                                          )
                              Defendants.    )
17  _____)

18

19            **STIPULATION FOR EXTENSION OF TIME**

20        WHEREAS plaintiff filed a complaint in the above-captioned case on or about

21  December 26, 2006;

22        WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal

23  Display ("LCD") products;

24        WHEREAS more than fifteen complaints have been filed to date in federal district

25  courts throughout the United States by plaintiffs purporting to bring class actions on behalf

26  of indirect purchasers alleging antitrust violations by manufacturers of LCD products

27  (collectively, "the LCD Cases");

28

1    WHEREAS there are motions pending before the Judicial Panel on Multidistrict

2    Litigation to transfer the LCD Cases to the Northern District of California or the District of

3    New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §

4    1407;

5    WHEREAS plaintiff anticipates the possibility of Consolidated Amended

6    Complaints in the LCD Cases;

7    WHEREAS plaintiff and defendant Sharp Electronics Corporation ("SEC") have

8    agreed that an orderly schedule for any response to the pleadings in the LCD Cases would

9    be more efficient for the parties and for the Court;

10   WHEREAS plaintiff agrees that the deadline for SEC to respond to the Complaint

11   shall be extended until the earlier of the following two dates:  (1) forty-five days after the

12   filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after

13   plaintiff provides written notice to SEC that he does not intend to file a Consolidated

14   Amended Complaint, provided that such notice may be given only after the initial case

15   management conference in the MDL transferee court in this case;

16   WHEREAS plaintiff further agrees that this extension is available, without further

17   stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing

18   of their intention to join this extension;

19   WHEREAS this Stipulation does not constitute a waiver by SEC or any defendant

20   of any defense, including but not limited to the defenses of lack of personal or subject

21   matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper

22   venue.

23   PLAINTIFF AND DEFENDANT SHARP ELECTRONICS CORPORATION, BY

24   AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY

25   STIPULATE AS FOLLOWS:

26   1.    The deadline for the SEC to respond to the Complaint shall be extended until

27   the earlier of the following two dates:  (1) forty-five days after the filing of a Consolidated

28   Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff provides

1    written notice that he does not intend to file a Consolidated Amended Complaint, provided

2    that such notice may be given only after the initial case management conference in the

3    MDL transferee court in this case.

4         2.        This extension is available, without further stipulation with counsel for

5    plaintiff or further order of the Court, to all named defendants who notify plaintiff in

6    writing of their intention to join this extension.

7         IT IS SO STIPULATED.

8

9    Dated:  January 18, 2007                     Dated:  January 18, 2007

10   Signature: /s/ Peter E. Borkon               Signature:  /s/ Albert J. Boro, Jr.

11   Robert C. Schubert                           Albert J. Boro, Jr.
     Willem F. Jonckheer                          Joanne H. Kim
12   Peter E. Borkon                              Pillsbury Winthrop Shaw Pittman LLP
     Schubert & Reed LLP                          50 Fremont Street
13   Three Embarcadero Center, Suite 1650         San Francisco, California  94105
     San Francisco, CA 94111
14                                                Counsel for Defendant Sharp Electronics
     Counsel for Plaintiff Dr. Steven Martel      Corporation
15

16
     SO ORDERED:
17

18   Dated:   January 19, 2007

19

20

21

22

23

24

25

26

27

28